IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HUNTER TILLIS, NANCY SORRELLS, as        *
grandmother, legal custodian, and administratrix
of the Estate of Christian Redwine, and      *
HANNAH WUENSCHEL,                                              Case No. 4:18-cv-220 (CDL)
                                                         *

                 Plaintiffs,
                                                         *
v.
                                                         *
CONSOLIDATED GOVERNMENT OF          *
COLUMBUS, GEORGIA, *et al.,*

                 Defendants.
_____

## **J U D G M E N T**

Pursuant to the mandate issued by the Eleventh Circuit Court of Appeals on November

10, 20201, and for the reasons stated therein, JUDGMENT is hereby entered in favor of

Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of

this action.

This 24th day of November, 2021.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk